1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>          Plaintiff,<br><br>     vs.<br><br>GH FOOD MART, INC. dba COMPLETE CONVENIENCE CENTER; RANBIR S. BHATTI; HARJIT K. BHATTI,<br><br>          Defendants. | Case No. 1:20-cv-00368-AWI-SKO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 18, 2020                    MOORE LAW FIRM, P.C.


                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorney for Plaintiff,
                                         Jose Trujillo