UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>GH FOOD MART, INC., et al.,<br><br>    Defendants. | No. 1:20-cv-00368-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 15) |

    On August 21, 2020, Plaintiff filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. 15.) The notice states that Plaintiff "hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*) Plaintiff filed this notice before Defendants served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk to close this case.[1]

IT IS SO ORDERED.

Dated:  **August 21, 2020**          /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk shall terminate all pending motions as moot. All remaining deadlines and hearings are hereby vacated.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28